# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                Magistrate No.____24-1035____

        v.

JOSE LUIS CHAVEZ

      The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

      IT IS on this _____2nd_____ day of _____May_____, 2024

      ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

                      /s/ Andrea D. Bergman_____
                      HONORABLE ANDREA D. BERGMAN
                      UNITED STATES MAGISTRATE JUDGE