# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket No. 24-1035 |
| | Violation No. E1788921 |
| v. | |
| **JOSE LUIS S. CHAVEZ** | **ORDER FOR DISMISSAL** |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by Leave of the Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the above offense, which was filed on **June 6, 2024**, charging the defendant with the following violation:

**Possession of Firearm on Federal Property**

The dismissal is without prejudice.

DATE: 30 July 2024    BY: _____
LUKE D. WILSON, DAF, Civ
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATE: 8.1.24    BY: _____
HONORABLE ANDREA DECHENNE BERGMAN
United States Magistrate Judge